IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. ) |
| PEBBLE CREEK LANDSCAPE NURSERY, INC., | ) ) |
| Defendant. | ) |

**COMPLAINT**

**(BREACH OF SETTLEMENT AGREEMENT)**

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, complaining of the Defendant, PEBBLE CREEK LANDSCAPE NURSERY, INC., and alleges as follows:

1. This action arises under the Employee Retirement Income Security Act of 1974 (ERISA), as amended, 29 U.S.C. §1145.

2. The Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, is an employee benefit plan administered pursuant to the terms and provisions of a Declaration of Trust creating said Fund and is required to be maintained and administered in accordance with the provisions of the Labor Management Relations Act of 1947, and ERISA (as amended), 29 U.S.C. §§1001 *et seq.* The address and place of business of the Railroad Maintenance and Industrial Health and Welfare Fund is 2725 West Monroe Street, Springfield, Illinois, 62704.

3. That the Defendant, PEBBLE CREEK LANDSCAPE NURSERY, INC., is an

Employer engaged in an industry within the meaning of ERISA, 29 U.S.C. §§1002 (5), (11), (12) and (14). Defendant employs individuals who are members of, and represented by, Operating Engineers Local 150, and said individuals are participants in the Fund, pursuant to the Landscaping Memorandum of Agreement by and between Operating Engineers Local 150 and Defendant.

4. The Defendant's address is Orland Park, Illinois 60462.

5. For consideration, Mark Holda, as President of Defendant, PEBBLE CREEK LANDSCAPE NURSERY, INC., entered into a Settlement Agreement wherein monthly payments would be made to remit delinquent contributions due Plaintiff for the period of January 1, 2002, through March 31, 2004. However, Defendant has failed to comply with said Settlement Agreement and a balance of $2,890.24 remains due. A copy of the Settlement Agreement is attached hereto and incorporated herein as **Exhibit A**.

9. That Plaintiff has made continuous demand upon the Defendant for the amounts owed, but Defendant has refused to satisfy said demand.

10. Attached hereto and incorporated herein as **Exhibit B** is the Affidavit of James P. Moody in support of his request for attorney fees in the amount of $1,355.50 incurred in the prosecution of this matter.

WHEREFORE, Plaintiff prays as follows:

A. That Judgment be entered in favor of the Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, and against Defendant, PEBBLE CREEK LANDSCAPE NURSERY, INC., in the amount of $2,890.24 for delinquent contributions due pursuant to an executed Settlement Agreement.

B. That Defendant be decreed to pay the Plaintiff its reasonable attorney fees in the

amount of $1,355.50 as provided by ERISA, 29 U.S.C. §1132(g)(2);

    C.    That Defendant be decreed to pay all costs attendant to the costs of these proceedings;

    D.    That Plaintiff be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

                      RAILROAD MAINTENANCE AND INDUSTRIAL
                      HEALTH AND WELFARE FUND, Plaintiff,

By:     s/ James P. Moody
        JAMES P. MOODY
        **CAVANAGH & O'HARA**
        Attorney for Plaintiff
        407 East Adams Street
        Post Office Box 5043
        Springfield, IL 62705
        Telephone: (217) 544-1771
        Fax: (217) 544-9894
        jim@cavanagh-ohara.com

F:\files\RAILROAD\Pebble Creek Landscape\C-BSA.wpd

E-FILED
Wednesday, 04 October, 2006  10:56:12 AM
Clerk, U.S. District Court, ILCD

# SETTLEMENT AGREEMENT
## (REVISED)

It is hereby agreed by and between RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND (hereinafter referred to as the "FUND") and PEBBLE CREEK LANDSCAPE AND NURSERY (hereinafter referred to as "PEBBLE CREEK") to enter into a Settlement Agreement with respect to the delinquent contributions owed to the FUND by PEBBLE CREEK pursuant to the stipulation of the parties. PEBBLE CREEK is obligated to make fringe benefit contributions to the above-reference FUND pursuant to the terms of the Northern Illinois Landscape Contractors (Illinois and Indiana Landscape Contractors Labor Agreement) with International Union of Operating Engineers Local Union 150 AFL-CIO.

### WITNESSETH:

1. The FUND has established the balance of the amounts owed pursuant to a payroll compliance examination performed by Romolo & Associates for the period of January 1, 2002, to March 31, 2004. The amounts deemed due in said payroll compliance examination, which has been amended to reflect challenges submitted by PEBBLE CREEK and accepted by the FUND, are as follows:

    | | |
    |---|---|
    | Health and Welfare Contributions | $7,611.00 |
    | Audit Costs | $1,197.50 |
    | Interest and Liquidated Damages | $4,154.28 |
    | Attorneys' fees to date | $1,169.00 |
    | Less payments 3/05 and 4/05 | ($6,481.36) |
    | **TOTAL DUE** | **$7,650.40** |

2. PEBBLE CREEK agrees to make monthly installment payments to the FUND to retire the balance of $7,650.40, which includes interest and liquidated damages, as follows:

    OPENING BALANCE          $7,650.40

    | DUE | PMT NO. | PAYMENT | BALANCE |
    |---|---|---|---|



| Date | No. | Payment | Balance |
|---|---|---|---|
| 11/30/05 | 1 | $500.00 | $7,150.40 |
| 12/30/05 | 2 | $500.00 | $6,650.40 |
| 01/30/06 | 3 | $500.00 | $6,150.40 |
| 02/28/06 | 4 | $500.00 | $5,650.40 |
| 03/30/06 | 5 | $500.00 | $5,150.40 |
| 04/30/06 | 6 | $1,130.08 | $4,520.32 |
| 05/30/06 | 7 | $1,130.08 | $3,390.24 |
| 06/30/06 | 8 | $1,130.08 | $2,260.16 |
| 07/30/06 | 9 | $1,130.08 | $1,130.08 |
| 08/30/06 | 10 | $1,130.08 | $-0- |

3. Payments are to be made by certified or cashier's check and/or money order made payable to RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND. Payments are to be mailed to the FUND office of RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, 2725 W. Monroe, Springfield, IL 62704, so as to be received on or before the deadlines set forth in Paragraph 2 above.

## FUTURE CONTRIBUTIONS

4. It is hereby further agreed between PEBBLE CREEK and the FUND that all future contributions must be **current** and shall be made on a timely basis by PEBBLE CREEK to the FUND as PEBBLE CREEK is signatory to the Illinois and Indiana Landscape Contractors Labor Agreement.

## BREACH OF SETTLEMENT AGREEMENT

5. The parties hereto agree that should any breach of this Settlement Agreement occur, that its provision shall be construed under federal laws, and the jurisdiction and venue is properly in the United States District Court, Central District of Illinois, Springfield Division, Springfield, Illinois.

6. It is hereby expressly understood and agreed that if default be made in payment of any said payments due under this Settlement Agreement, the entire balance plus any interest and liquidated damages not heretofore assessed calculated from and after July, 2004, that may appear to be unpaid thereon together with all arrearages thereon shall, at the option of the legal holder hereof, thereupon become immediately due and payable without notice, demand or presentment and shall be collectable immediately or at any time after such default.

7. The parties acknowledge and agree that this Settlement Agreement does not constitute accord and satisfaction and the Fund has the right upon default to sue pursuant to ERISA provisions along with all penalties, including interest, liquidated damages and attorneys fees incurred by the FUND.

This Agreement entered into this 23rd day of December, 2005, by and between the parties first above written.

RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND

By: _____ SIGNATURE REDACTED
Dora L. Crenshaw, Executive Administrator

SUBSCRIBED and SWORN to before me this 23rd day of December, 2005.

```
OFFICIAL SEAL
JOHN T LONG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/22/08
```

_____
NOTARY PUBLIC

**PEBBLE CREEK LANDSCAPE AND NURSERY**

**SIGNATURES REDACTED**

By: _____

Name: MARK Haon

Title: Pres

SUBSCRIBED and SWORN to before me this _____ day of _____, 2005.

_____
NOTARY PUBLIC

E-FILED
Wednesday, 04 October, 2006  10:56:23 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. |
| PEBBLE CREEK LANDSCAPE NURSERY, INC., | ) ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 02/08/06 | Telephone conference with Sheri at Pebble Creek re: delinquent on payments pursuant to Settlement Agreement. | .10 |
| 02/10/06 | Preparation of Notice of Voluntary Dismissal. | .50 |
| | Letter to owner of Pebble Creek requesting documentation of payments; enclosure of Settlement Agreement and dismissal. | .50 |
| | Received and reviewed fax from Dora Crenshaw. | .20 |
| | Electronic filing with U.S. District Court of Notice of Voluntary Dismissal Without Prejudice; update Delinquency Status Report; calendar payment due date. | .40 |
| | Received and reviewed file-stamped Notice of Voluntary Dismissal. | .10 |
| 02/14/06 | Telephone conference with Sheri at Pebble Creek re: mailing November and January payments today. | .10 |
| | Received and reviewed text order from U.S. District Court dismissing case. | .10 |

1



| | | |
|---|---|---|
| 02/21/06 | Received and reviewed November 2005 and January 2006 installment payments; letter to Dora Crenshaw forwarding same; update Delinquency Status Report. | .50 |
| 04/25/06 | Received and reviewed February and March installment payments; letter to Dora Crenshaw forwarding same; update Delinquency Status Report. | .60 |
| | Telephone conference with Sheri at Pebble Creek re: April 30 installment; left message. | .10 |
| 05/18/06 | Received and reviewed payment; review file and Settlement Agreement; telephone conference with Sheri at Pebble Creek re: same; letter to Dora Crenshaw forwarding check; update Delinquency Status Report. | .80 |
| 06/06/06 | Telephone conference with Sheri at Pebble Creek re: payment; mailed. | .10 |
| 06/13/06 | Received and reviewed installment check; letter to Dora Crenshaw forwarding same; update Delinquency Status Report. | .65 |
| 07/19/06 | Review file re: status; telephone conference with Sheri at Pebble Creek regarding same. | .10 |
| 07/27/06 | Telephone conference with Sheri at Pebble Creek re: June 30th payment; left voice mail. | .10 |
| 09/06/06 | Telephone conference with Sheri at Pebble Creek re: delinquent payment. | .10 |
| 09/13/06 | Review of status of file; update Delinquency Status Report. | .40 |
| | Received and reviewed email from Dora Crenshaw re: Settlement Agreement payments. | .10 |
| 09/15/06 | Telephone conference with Sheri at Pebble Creek re: payment or filing complaint; left voice mail. | .10 |
| 09/28/06 | Review file re: status of payments; research Secretary of State with regard to corporate status; Preparation of draft Complaint for breach of settlement agreement; Revise Affidavit in Support of Attorney's Fees, Certificate of Interest, Civil Cover Sheet and Summons; Telephone conference with Private Process Server regarding fee for service of Complaint. | |
| | | 2.00 |

| 09/28/06 | Final review of Complaint for breach of Settlement Agreement with exhibits; Civil Cover Sheet, Certificate of Service and Summons. | .40 |
| --- | --- | --- |
| 09/28/06 | Preparation of revisions to Complaint; Finalize Complaint, Summons, Civil Cover Sheet, Certificate of Interest; Assembly of full Complaint with exhibits; Transmittal of same via e-mail to U.S. District Court for filing of new case. | 1.00 |
| | TOTAL HOURS 7.05 x $90.00 PER HOUR | $634.50 |
| | TOTAL HOURS 1.60 x $185.00 PER HOUR | $296.00 |
| 09/28/06 | U.S. District Court – Filing Fee | $350.00 |
| 09/28/06 | Excel Investigations – Service Fee | $75.00 |
| | **TOTAL FEES AND COSTS** | **$1,355.50** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorney for Plaintiff
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 28th day of September 2006.

**SIGNATURE REDACTED**

Notary Public

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

F:\files\RAILROAD\Pebble Creek Landscape\A-fee.bsa.wpd

3

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Railroad Maintenance and Industrial Health and Welfare Fund

**DEFENDANTS**
Pebble Creek Landscape Nursery, Inc.

(b) County of Residence of First Listed Plaintiff: **Sangamon**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Cook**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Cavanagh & O'Hara   (217) 544-1771
407 East Adams Street, Springfield, IL 62701

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | **PERSONAL INJURY** — ☐ 362 Personal Injury - Med. Malpractice; ☐ 365 Personal Injury - Product Liability; ☐ 368 Asbestos Personal Injury Product Liability | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | **PERSONAL PROPERTY** — ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** — ☐ 441 Voting; ☐ 442 Employment; ☐ 443 Housing/Accommodations; ☐ 444 Welfare; ☐ 445 Amer. w/Disabilities - Employment; ☐ 446 Amer. w/Disabilities - Other; ☐ 440 Other Civil Rights | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | **PRISONER PETITIONS** — ☐ 510 Motions to Vacate Sentence; **Habeas Corpus:** ☐ 530 General; ☐ 535 Death Penalty; ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition | ☒ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
E.R.I.S.A., 29 U.S.C. Sec. 1145
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $4,245.74
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE: September 28, 2006
SIGNATURE OF ATTORNEY OF RECORD: s/ James P. Moody

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____