IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. ) |
| PEBBLE CREEK LANDSCAPE NURSERY, INC., | ) ) |
| Defendant. | ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, furnish the following in compliance with Standing Order CDIL of this Court.

(a) Railroad Maintenance and Industrial Health and Welfare Fund.

(b) Not applicable.

(c) CAVANAGH & O'HARA
William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle

DATED this 29th day of September 2006.

                                                      s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
Post Office Box 5043
Springfield, Illinois 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com