E-FILED
Thursday, 02 November, 2006 01:09:56 PM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT OF

Railroad Maintenance and Industrial Health and Welfare Fund |

Plaintiff(s) | Court No.: 06-3224

VS. |

Pebble Creek Landscape Nursery, Inc. |

Defendant(s) |

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

THOMAS MURPHY, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: <u>Corporation Summons and Complaint</u>

Defendant to be served: <u>Pebble Creek Landscape Nursery, Inc., c/o Thomas P. Dalton-Reg. Agent</u>

(**SERVED**)/NON-SERVED the within named defendant on: 10/24/06 @ 10:15 (**AM**)/PM

ADDRESS WHERE ATTEMPTED OR SERVED: <u>6930 W. 79th St.</u>
<u>Burbank, Illinois 60459</u>

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 50'S  Gender (M) F  Race C  Height 60  Weight 180  Hair BLACK  Glasses Y (N)

**X** **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

____ **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: _____,
(Relationship): _____, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

____ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with _____,
(Title) _____, a person authorized to accept service and informed that person of the contents thereof.

____ **POSTED**

____ **NON-SERVICE** for the reason that after diligent investigation found _____

Additional Comments

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this 27th day of October, 2006

Signature of Process Server

Signatures redacted

OFFICIAL SEAL
EDITH L MCMASTER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/02/08

Job ID: 194488

AO 440 (Rev. 10/93) Summons in a Civil Action
3:06-cv-03224-JES-CHE    # 4    Page 2 of 2
E-FILED
Wednesday, 04 October, 2006 11:08:25 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND,

           Plaintiff,

V.

PEBBLE CREEK LANDSCAPE NURSERY, INC.,

           Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)    *PERSONAL SERVICE ONLY*
Thomas P. Dalton, Registered Agent
6930 West 79th Street
Burbank, IL 60459

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
401 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
CLERK

October 3, 2006
DATE

s/ G. Utsinger
(BY) DEPUTY CLERK