IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, )<br><br>Plaintiff, )<br><br>vs. )<br><br>PEBBLE CREEK LANDSCAPE NURSERY, INC., )<br><br>Defendant. ) | No. 06-3224 |

**REQUEST FOR ENTRY OF DEFAULT**

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, states as follows:

1. That the Complaint in this matter was filed on October 4, 2006.

2. That on October 24, 2006, Thomas P. Dalton, Registered Agent of Defendant, PEBBLE CREEK LANDSCAPE NURSERY, INC., was duly served by Excel Investigations, Private Process Servers, with said Complaint and Summons.

3. That the Defendant has failed to file a responsive pleading within the statutory time frame.

4. Pursuant to Standing Order, the Affidavit of James P. Moody in Support of the Motion for Default Judgment is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, pray that this Court enter Default Judgment against Defendant, PEBBLE CREEK LANDSCAPE NURSERY, INC., and in favor of Plaintiffs.

RAILROAD     MAINTENANCE     AND

INDUSTRIAL HEALTH AND WELFARE FUND, Plaintiffs,

By:    s/ James P. Moody
       JAMES P. MOODY
       **CAVANAGH & O'HARA**
       407 East Adams
       P. O. Box 5043
       Springfield, IL  62705
       Telephone: (217) 544-1771
       Facsimile: (217) 544-5236
       jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 16th day of November 2006:

       Thomas P. Dalton, Registered Agent
       6930 West 79th Street
       Burbank, IL 60459

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:    s/ James P. Moody
       JAMES P. MOODY
       **CAVANAGH & O'HARA**
       407 East Adams
       P. O. Box 5043
       Springfield, IL  62705
       Telephone: (217) 544-1771
       Facsimile: (217) 544-5236
       jim@cavanagh-ohara.com

E-FILED
Thursday, 16 November, 2006  03:50:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 06-3224 |
| PEBBLE CREEK LANDSCAPE NURSERY, INC., | ) ) ) | |
| Defendant. | ) | |

**AFFIDAVIT PURSUANT TO STANDING ORDER
IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiff and in such capacity represents the Plaintiff in the above-entitled and numbered action;

That on October 24, 2006, Thomas P. Dalton, Registered Agent of Defendant, PEBBLE CREEK LANDSCAPE NURSERY, INC., was duly served by Excel Investigations, Private Process Servers, with said Complaint and Summons; that a copy of the Proof of Service of Summons is attached hereto and made a part hereof as **Exhibit A-1**; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, is for a breach of a settlement agreement for delinquent contributions due Plaintiff for the period of January 1, 2002, through March 31, 2004; a balance of $2,390.24 remains due and attorney fees and costs to date in the amount of



EXHIBIT A

$1,785.00, as shown by **Exhibit A-2**, attached hereto and incorporated herein. That this Affidavit is made for the purpose of requesting that Default Judgment be entered against the Defendant, PEBBLE CREEK LANDSCAPE NURSERY, INC.

                                      s/ James P. Moody
                                      JAMES P. MOODY
                                      **CAVANAGH & O'HARA**
                                      407 East Adams
                                      P. O. Box 5043
                                      Springfield, IL 62705
                                      Telephone: (217) 544-1771
                                      Facsimile: (217) 544-5236
                                      jim@cavanagh-ohara.com

Subscribed and sworn to before me this 16th day of November 2006.

**SIGNATURE REDACTED**

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

E-FILED
Thursday, 02 November, 2006 03:09:56 PM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT

Railroad Maintenance and Industrial Health and Welfare Fund

Plaintiff(s) | Court No.: 06-3224

VS.

Pebble Creek Landscape Nursery, Inc.

Defendant(s)

### AFFIDAVIT OF SPECIAL PROCESS SERVER

THOMAS MURPHY, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: <u>Corporation Summons and Complaint</u>

Defendant to be served: <u>Pebble Creek Landscape Nursery, Inc., c/o Thomas P. Dalton-Reg. Agent</u>

(SERVED)/NON-SERVED the within named defendant on: 10/24/06 @ 10:15 (AM)/PM

ADDRESS WHERE ATTEMPTED OR SERVED: <u>6930 W. 79th St.
Burbank, Illinois 60459</u>

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 50's   Gender (M)/F   Race C   Height 60   Weight 180   Hair BLACK   Glasses Y/(N)

[X] **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

___ **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: _____,
(Relationship): _____, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

___ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with _____,
(Title) _____, a person authorized to accept service and informed that person of the contents thereof.

___ **POSTED**

___ **NON-SERVICE** for the reason that after diligent investigation found _____

Additional Comments _____

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this 27th day of October, 2006

Signature of Process Server — Signatures redacted

[Notary seal: OFFICIAL SEAL, RUTH L MCMASTER, NOTARY PUBLIC - STATE OF ILLINOIS, MY COMMISSION EXPIRES 12/02/08]

EXHIBIT A-1

Job ID: 194488

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND,

        Plaintiff,

V.

PEBBLE CREEK LANDSCAPE NURSERY, INC.,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)    *PERSONAL SERVICE ONLY*
Thomas P. Dalton, Registered Agent
6930 West 79th Street
Burbank, IL 60459

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
401 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
CLERK

October 3, 2006
DATE

s/ G. Utsinger
(BY) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. |
| PEBBLE CREEK LANDSCAPE NURSERY, INC., | ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 02/08/06 | Telephone conference with Sheri at Pebble Creek re: delinquent on payments pursuant to Settlement Agreement. | .10 |
| 02/10/06 | Preparation of Notice of Voluntary Dismissal. | .50 |
| | Letter to owner of Pebble Creek requesting documentation of payments; enclosure of Settlement Agreement and dismissal. | .50 |
| | Received and reviewed fax from Dora Crenshaw. | .20 |
| | Electronic filing with U.S. District Court of Notice of Voluntary Dismissal Without Prejudice; update Delinquency Status Report; calendar payment due date. | .40 |
| | Received and reviewed file-stamped Notice of Voluntary Dismissal. | .10 |
| 02/14/06 | Telephone conference with Sheri at Pebble Creek re: mailing November and January payments today. | .10 |
| | Received and reviewed text order from U.S. District Court dismissing case. | .10 |

1


EXHIBIT A-2

| Date | Description | Hours |
|---|---|---|
| 02/21/06 | Received and reviewed November 2005 and January 2006 installment payments; letter to Dora Crenshaw forwarding same; update Delinquency Status Report. | .50 |
| 04/25/06 | Received and reviewed February and March installment payments; letter to Dora Crenshaw forwarding same; update Delinquency Status Report. | .60 |
|  | Telephone conference with Sheri at Pebble Creek re: April 30 installment; left message. | .10 |
| 05/18/06 | Received and reviewed payment; review file and Settlement Agreement; telephone conference with Sheri at Pebble Creek re: same; letter to Dora Crenshaw forwarding check; update Delinquency Status Report. | .80 |
| 06/06/06 | Telephone conference with Sheri at Pebble Creek re: payment; mailed. | .10 |
| 06/13/06 | Received and reviewed installment check; letter to Dora Crenshaw forwarding same; update Delinquency Status Report. | .65 |
| 07/19/06 | Review file re: status; telephone conference with Sheri at Pebble Creek regarding same. | .10 |
| 07/27/06 | Telephone conference with Sheri at Pebble Creek re: June 30th payment; left voice mail. | .10 |
| 09/06/06 | Telephone conference with Sheri at Pebble Creek re: delinquent payment. | .10 |
| 09/13/06 | Review of status of file; update Delinquency Status Report. | .40 |
|  | Received and reviewed email from Dora Crenshaw re: Settlement Agreement payments. | .10 |
| 09/15/06 | Telephone conference with Sheri at Pebble Creek re: payment or filing complaint; left voice mail. | .10 |
| 09/28/06 | Review file re: status of payments; research Secretary of State with regard to corporate status; Preparation of draft Complaint for breach of settlement agreement; Revise Affidavit in Support of Attorney's Fees, Certificate of Interest, Civil Cover Sheet and Summons; Telephone conference with Private Process Server regarding fee for service of Complaint. | |
|  |  | 2.00 |

| | | |
|---|---|---|
| 09/28/06 | Final review of Complaint for breach of Settlement Agreement with exhibits; Civil Cover Sheet, Certificate of Service and Summons. | .40 |
| 09/28/06 | Preparation of revisions to Complaint; Finalize Complaint, Summons, Civil Cover Sheet, Certificate of Interest; Assembly of full Complaint with exhibits; Transmittal of same via e-mail to U.S. District Court for filing of new case. | 1.00 |
| 10/04/06 | Received and reviewed file-stamped Complaint with exhibits. | .10 |
| 10/05/06 | Received and reviewed issued Summons; letter to Excel Investigations re: service; update Delinquency Status Report. | .60 |
| 11/2/06 | Received and reviewed Affidavit of Service; Redaction, scanning, conversion and e-file same; calendar Answer. | .75 |
| 11/15/06 | Preparation of Request for Entry of Default; Affidavit in Support of Motion for Default Judgment; proposed Order; assemble exhibits; update Affidavit in Support of Attorney Fees. | 1.50 |
| 11/16/06 | Final review of Request for Entry of Default with exhibits. | .40 |
| 11/16/06 | Redaction of signatures, scanning, conversion and e-file Request for Entry of Default with attachments; email proposed Order to the Judge. | 1.00 |
| | TOTAL HOURS 11.00 x $90.00 PER HOUR | $990.00 |
| | TOTAL HOURS 2.0 x $185.00 PER HOUR | $370.00 |
| 09/28/06 | U.S. District Court – Filing Fee | $350.00 |
| 09/28/06 | Excel Investigations – Service Fee | $75.00 |
| | **TOTAL FEES AND COSTS** | **$1,785.00** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorney for Plaintiff
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 16th day of November 2006.

_____
Notary Public

**SIGNATURE REDACTED**

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

F:\files\RAILROAD\Pebble Creek Landscape\A-fee.bsa.DJwpd.wpd