IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 06-3224 ) |
| PEBBLE CREEK LANDSCAPE NURSERY, INC., | ) ) |
| Defendant. | ) |

## MOTION TO STRIKE DOCUMENT NO. 7

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Motion to Strike Document No. 7, states as follows:

1. On December 8, 2006, Plaintiff inadvertently filed document 7 entitled Motion for Default Judgment Or, In the Alternative, Motion for an Accounting/Evidentiary Hearing against B. T. Services of Will County, Inc., and Edward E. Becker d/b/a B & T Services, Case No. 06-3115. Such Motion pertains to a different case and should not have been filed in the case of Railroad Maintenance and Industrial Health and Welfare Fund v. Pebble Creek Landscape Nursery, Inc, Case No. 06-3224. Therefore, Plaintiff moves to strike document 7.

WHEREFORE, Plaintiff prays this Court strike document 7.

                                          RAILROAD MAINTENANCE AND
                                          INDUSTRIAL HEALTH AND WELFARE
                                          FUND, Plaintiff,

                                          By:     s/ James P. Moody
                                                JAMES P. MOODY
                                                **CAVANAGH & O'HARA**
                                                407 East Adams
                                                P. O. Box 5043

Springfield, IL  62705  
Telephone:  (217) 544-1771  
Facsimile:  (217) 544-5236  
jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 8th day of December 2006:

Thomas P. Dalton, Registered Agent  
6930 West 79th Street  
Burbank, IL 60459

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:    s/ James P. Moody  
JAMES P. MOODY  
**CAVANAGH & O'HARA**  
407 East Adams  
P. O. Box 5043  
Springfield, IL  62705  
Telephone:  (217) 544-1771  
Facsimile:  (217) 544-5236  
jim@cavanagh-ohara.com