IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | No. 06-3224 |
| ) PEBBLE CREEK LANDSCAPE NURSERY, INC., ) ) | |
| Defendant. ) | |

## MOTION FOR DEFAULT JUDGMENT

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment against the Defendant, PEBBLE CREEK LANDSCAPE NURSERY, INC., and in support thereof, state:

1. That the Complaint in this matter was filed on October 4, 2006.

2. That on October 24, 2006, Thomas P. Dalton, Registered Agent of Defendant, PEBBLE CREEK LANDSCAPE NURSERY, INC., was duly served by Excel Investigations, Private Process Servers, with said Complaint and Summons.

3. That the Defendant has failed to file a responsive pleading within the time frame allowed by this Honorable Court.

4. That this Honorable Court entered an Order of Default on December 4, 2006.

5. That Plaintiff is entitled to attorney fees incurred in this matter. Attached hereto and incorporated herein as **Exhibit A** is the Amended Affidavit in Support of Attorney Fees of James P. Moody.

WHEREFORE, Plaintiffs pray for Judgment against the Defendant, PEBBLE CREEK

LANDSCAPE NURSERY, INC., as follows:

    A.    That Judgment be entered in favor of the Plaintiff and against the Defendant for delinquent contributions due Plaintiff for the period of January 1, 2002 through March 31, 2004, in the amount of $2,390.24;

    B.    That Defendant be decreed to pay to the Plaintiffs its attorney fees in the amount of $2,139.00, as provided by the trust agreement and ERISA, 29 U.S.C. Section 1132(g)(2);

    C.    That Defendant be decreed to pay all costs attendant to the cost of these proceedings; and

    D.    That Plaintiff be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

                                                            RAILROAD MAINTENANCE AND
INDUSTRIAL HEALTH AND WELFARE
FUND, Plaintiff,

By:    s/ James P. Moody
        JAMES P. MOODY
        **CAVANAGH & O'HARA**
        407 East Adams
        P. O. Box 5043
        Springfield, IL  62705
        Telephone:  (217) 544-1771
        Facsimile:  (217) 544-5236
        jim@cavanagh-ohara.com

**PROOF OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 8th day of December 2006:

        Thomas P. Dalton, Registered Agent
        6930 West 79th Street
        Burbank, IL 60459

and that the original was filed with the Clerk of the Court in which said cause is pending.

        By:    s/ James P. Moody
           JAMES P. MOODY
           **CAVANAGH & O'HARA**
           407 East Adams
           P. O. Box 5043
           Springfield, IL  62705
           Telephone:  (217) 544-1771
           Facsimile:  (217) 544-5236
           jim@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 06-3224 |
| PEBBLE CREEK LANDSCAPE NURSERY, INC., | ) ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 02/08/06 | Telephone conference with Sheri at Pebble Creek re: delinquent on payments pursuant to Settlement Agreement. | .10 |
| 02/10/06 | Preparation of Notice of Voluntary Dismissal. | .50 |
| | Letter to owner of Pebble Creek requesting documentation of payments; enclosure of Settlement Agreement and dismissal. | .50 |
| | Received and reviewed fax from Dora Crenshaw. | .20 |
| | Electronic filing with U.S. District Court of Notice of Voluntary Dismissal Without Prejudice; update Delinquency Status Report; calendar payment due date. | .40 |
| | Received and reviewed file-stamped Notice of Voluntary Dismissal. | .10 |
| 02/14/06 | Telephone conference with Sheri at Pebble Creek re: mailing November and January payments today. | .10 |
| | Received and reviewed text order from U.S. District Court dismissing case. | .10 |

1



EXHIBIT A

| | | |
|---|---|---|
| 02/21/06 | Received and reviewed November 2005 and January 2006 installment payments; letter to Dora Crenshaw forwarding same; update Delinquency Status Report. | .50 |
| 04/25/06 | Received and reviewed February and March installment payments; letter to Dora Crenshaw forwarding same; update Delinquency Status Report. | .60 |
| | Telephone conference with Sheri at Pebble Creek re: April 30 installment; left message. | .10 |
| 05/18/06 | Received and reviewed payment; review file and Settlement Agreement; telephone conference with Sheri at Pebble Creek re: same; letter to Dora Crenshaw forwarding check; update Delinquency Status Report. | .80 |
| 06/06/06 | Telephone conference with Sheri at Pebble Creek re: payment; mailed. | .10 |
| 06/13/06 | Received and reviewed installment check; letter to Dora Crenshaw forwarding same; update Delinquency Status Report. | .65 |
| 07/19/06 | Review file re: status; telephone conference with Sheri at Pebble Creek regarding same. | .10 |
| 07/27/06 | Telephone conference with Sheri at Pebble Creek re: June 30th payment; left voice mail. | .10 |
| 09/06/06 | Telephone conference with Sheri at Pebble Creek re: delinquent payment. | .10 |
| 09/13/06 | Review of status of file; update Delinquency Status Report. | .40 |
| | Received and reviewed email from Dora Crenshaw re: Settlement Agreement payments. | .10 |
| 09/15/06 | Telephone conference with Sheri at Pebble Creek re: payment or filing complaint; left voice mail. | .10 |
| 09/28/06 | Review file re: status of payments; research Secretary of State with regard to corporate status; Preparation of draft Complaint for breach of settlement agreement; Revise Affidavit in Support of Attorney's Fees, Certificate of Interest, Civil Cover Sheet and Summons; Telephone conference with Private Process Server regarding fee for service of Complaint. | |
| | | 2.00 |

| Date | Description | Hours |
|---|---|---|
| 09/28/06 | Final review of Complaint for breach of Settlement Agreement with exhibits; Civil Cover Sheet, Certificate of Service and Summons. | .40 |
| 09/28/06 | Preparation of revisions to Complaint; Finalize Complaint, Summons, Civil Cover Sheet, Certificate of Interest; Assembly of full Complaint with exhibits; Transmittal of same via e-mail to U.S. District Court for filing of new case. | 1.00 |
| 10/04/06 | Received and reviewed file-stamped Complaint with exhibits. | .10 |
| 10/05/06 | Received and reviewed issued Summons; letter to Excel Investigations re: service; update Delinquency Status Report. | .60 |
| 11/2/06 | Received and reviewed Affidavit of Service; Redaction, scanning, conversion and e-file same; calendar Answer. | .75 |
| 11/15/06 | Preparation of Request for Entry of Default; Affidavit in Support of Motion for Default Judgment; proposed Order; assemble exhibits; update Affidavit in Support of Attorney Fees. | 1.50 |
| 11/16/06 | Final review of Request for Entry of Default with exhibits. | .40 |
| 11/16/06 | Redaction of signatures, scanning, conversion and e-file Request for Entry of Default with attachments; email proposed Order to the Judge. | 1.00 |
| 11/27/06 | Telephone conference with Sherry Stico of Pebble Creek re: balance due and payment plan. | .10 |
| 11/28/06 | Update Delinquency Status Report re: payment plan. | .10 |
| 12/07/06 | Received and reviewed Order of Default; preparation of Motion for Default Judgment, Notice of Filing, proposed Order and Amended Affidavit in Support of Attorney Fees. | 1.60 |
| 12/07/06 | Final review of Motion for Default Judgment and attachments. | .50 |
| 12/08/06 | Redaction of signatures, scanning, conversion and e-file Motion for Entry of Default with attachments; email proposed Order to the Judge. | 1.00 |
| | TOTAL HOURS 13.70 x $90.00 PER HOUR | $1,233.00 |
| | TOTAL HOURS 2.6 x $185.00 PER HOUR | $481.00 |
| 09/28/06 | U.S. District Court – Filing Fee | $350.00 |
| 09/28/06 | Excel Investigations – Service Fee | $75.00 |
| | **TOTAL FEES AND COSTS** | **$2,139.00** |

3

FURTHER THIS AFFIANT SAYETH NAUGHT.

                                             s/ James P. Moody
                                             JAMES P. MOODY
                                             **CAVANAGH & O'HARA**
                                             Attorney for Plaintiff
                                             407 East Adams Street
                                             Post Office Box 5043
                                             Springfield, IL 62705
                                             Telephone: (217) 544-1771
                                             Fax: (217) 544-9894
                                             jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 8th day of December 2006.

_____
Notary Public

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

F:\files\RAILROAD\Pebble Creek Landscape\A-fee.bsa.MDJ.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) No. 06-3224 |
| PEBBLE CREEK LANDSCAPE NURSERY, INC., | ) ) ) |
| Defendant. | ) |

### NOTICE OF FILING OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

TO:   Thomas P. Dalton, Registered Agent
      6930 West 79th Street
      Burbank, IL 60459

   NOTICE IS HEREBY GIVEN to you that the Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys filed a Motion for Default Judgment against you on the 8th day of December 2006.

   YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiff RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND'S Motion without further notice to you seven (7) days after filing.

   DATED this 8th day of December 2006.

                                    RAILROAD MAINTENANCE AND
                                    INDUSTRIAL HEALTH AND WELFARE
                                    FUND, Plaintiffs,

                                    By:    s/ James P. Moody
                                           JAMES P. MOODY
                                           **CAVANAGH & O'HARA**
                                           407 East Adams
                                           P. O. Box 5043
                                           Springfield, IL  62705
                                           Telephone:  (217) 544-1771
                                           Facsimile:  (217) 544-5236
                                           jim@cavanagh-ohara.com