E-FILED
Thursday, 11 January, 2007  09:11:52 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 06-3224 |
| PEBBLE CREEK LANDSCAPE NURSERY, INC., | ) ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Plaintiff's Motion for Default Judgment (d/e 9), and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendant, PEBBLE CREEK LANDSCAPE NURSERY, INC., and the Defendant having failed to answer or otherwise plead within the statutory time frame, the Plaintiff is hereby awarded a Default Judgment against Defendant, PEBBLE CREEK LANDSCAPE NURSERY, INC., as follows:

A. Judgment is entered in favor of the Plaintiff and against the Defendant for delinquent contributions due Plaintiff for the period of January 1, 2002, through March 31, 2004, in the total amount of $2,390.24;

B. Defendant is ordered to pay to the Plaintiff its attorney fees in the amount of $2,139.00, as provided by the Trust Agreement and ERISA, 29 U.S.C. § 1132(g)(2); and

C. Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: January 10, 2007.

        FOR THE COURT:

                      s/ Jeanne E. Scott
                      JEANNE E. SCOTT
                UNITED STATES DISTRICT JUDGE