# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND**

vs.                                              Case Number:   **06-3224**

**PEBBLE CREEK LANDSCAPE NURSERY, INC.**

☐  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX**  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Default Judgment is entered in favor of the Plaintiff and against the Defendant for delinquent contributions due Plaintiff for the period of January 1, 2002, through March 31, 2004, in the total amount of $2,390.24.  Defendant is ordered to pay to the Plaintiff its attorney fees in the amount of $2,139 and all costs attendant to the cost of these proceedings.- ---------------------------------------------

ENTER this 11th day of JANUARY, 2007

s/  JOHN M. WATERS
JOHN M. WATERS, CLERK


  s/  G. Utsinger
BY:  DEPUTY CLERK